[166]                    LLOYD v. MOORE.

Where defendant attends at the time specified in the summons, waits a reasonable time without plaintiff's coming, and demands that plaintiff be non-suited before he leaves the justice, if the justice afterwards proceeds, it is error.

*Certiorari* to Justice James.

It appeared by the return and affidavits, that Lloyd, the defendant below, had appeared at the justice's at the time specified in the summons, and waited an hour without plaintiff or his attorney's appearing. He then denied the debt, and prayed a non-suit, which the justice refusing, he departed. The justice afterwards proceeded against him, and gave judgment by default.

PER CUR. Reverse the judgment.